BESSIE SMITH, *GEN ADMX. ETC.*, PLAINTIFF-PETITIONER, v. HENRY NYDAM, *ET AL.*, DEFENDANTS-RESPONDENTS.

Mr. *Fred Freeman*, Mr. *Morris M. Schnitzer* and Mr. *Waldron Kraemer* for the petitioner.

Messrs. *Stryker, Tams & Dill* and Mr. *James T. Clare* for the respondents.

September 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ISIAH WEST, DEFENDANT-PETITIONER.

Mr. *Stanley C. VanNess* and Mr. *Martin Newmark* for the petitioner.

Mr. *Charles M. Egan, Jr.* and Mr. *Stephen S. Weinstein* for the respondent.

September 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAY J. CRAIG, DEFENDANT-PETITIONER.

Mr. *Ernest S. Glickman* for the petitioner.

Mr. *Vincent Panaro* and Mr. *Edward J. Phelan* for the respondent.

September 30, 1969. Denied.